United States v. Bruno
Docket No. 03-1349(L), -1351 (CON)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

August Term, 2003
(Argued May 17, 2004         Decided: September 14, 2004
Order Filed: October 6, 2016)
Docket Nos. 16-3384(L), 16-3386(CON)*
03-1349(L), 03-1351(CON)

_____

UNITED States of America,
      *Appellee*,


   v.


ANTHONY BRUNO, ANGELO CERASULO, JOHN IMBRIECO,
      *Defendants,*

MARIO FORTUNATO AND CARMINE POLITO,
      *Defendants-Appellants*.

_____

Before: KATZMANN, *Chief Judge*:

The Court's opinion filed September 14, 2004, is hereby amended as follows: the sentence at Page 3, line 7, beginning with the words "guilty to various crimes and agreed to cooperate with the Government. The remaining. . ." is hereby amended to read as follows: "guilty to various crimes. The remaining. . . ."

                    For the Court:
                    Catherine O'Hagan Wolfe, Clerk

_____

*When originally commenced these cases were assigned docket numbers 03-1349(L) and 03-1351(Con). The cases were reassigned docket numbers 16-3384(L) and 16-3386(Con), in order to migrate the cases to the CM/ECF database.